Form 4100N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:     CASE NO. 13-01442-JCO-13
CHAPTER 13

Johnnie Anderson

JUDGE JERRY C. OLDSHUE

DEBTOR     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, DANIEL O'BRIEN TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CITIFINANCIAL CORP, LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 2897 | $0.00 | $258.70 | $258.70 |
| Total Amount Paid by Trustee | | | | $258.70 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

   __ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of April, 2016.

Johnnie Anderson, 3507 Wyndham Rd, Mobile, AL 36605

ELECTRONIC SERVICE - STEPHEN L. KLIMJACK, LLC, 1306 GOVERNMENT STREET, MOBILE, AL 36604

CITIFINANCIAL CORP., LLC, P.O. BOX 6043, SIOUX FALLS, SD 57117-6043

Date: April 20, 2016             /s/ DANIEL O'BRIEN TRUSTEE
                                                                       DANIEL O'BRIEN TRUSTEE
                                                                       Chapter 13 Trustee
                                                                       P.O. Box 1884
                                                                       Mobile, AL 36633